[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12105
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-00153-ODE-RGV-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALVARO CARRAZA ECHEVERRIA,
a.k.a. Chato,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(July 18, 2014)

Before CARNES, Chief Judge, WILSON and ROSENBAUM, Circuit Judges.

PER CURIAM:

Marcia G. Shein, appointed counsel for Alvaro Carraza Echeverria, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Echeverria's conviction and sentence are **AFFIRMED.**